RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/9/12
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARSON GREEN (#513301) | DOCKET NO. 10-CV-1787; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| PAT THOMAS, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims against Mona Heyse, Pat Thomas, and Dr. Bobby Cleveland be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(b). Service of process has been ordered on the remaining defendants.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 9th day of January, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE