RECEIVED

JUL 18 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARSON GREEN | CIVIL ACTION NO. 10-1787 |
| VERSUS | JUDGE TRIMBLE |
| CORRECTIONS CORP. OF AMERICA, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law; it is

**ORDERED** that plaintiff's motion for summary judgment is **DENIED**.[1] It is further

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's complaint against Corrections Corporation of America is **DISMISSED** without prejudice for failure to effect service of process. It is further

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's complaint against defendants Tucker, Norwood and Fitzgerald is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**THUS DONE AND SIGNED** at Alexandria, Louisiana on this ___18th___ day of July, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 58.